1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID MOORE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES U.S.A. INC., and DOES 1 – 10,<br><br>Defendant. | **Civil Case No.: 2:23-cv-00357-SVW-E**<br><br>**ORDER TO DISMISS ACTION PURSUANT TO F.R.C.P. 41** |

Pursuant to the parties' Stipulation Of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

The action is dismissed with prejudice as to plaintiff David Moore and without prejudice as to the class alleged in the Complaint. The Parties will each bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 26, 2023

Honorable Stephen V. Wilson
Judge, United States District Court
Central District of California